No. 82–736.  NATIONAL LABOR RELATIONS BOARD *v.* HEARTLAND FOOD WAREHOUSE, A DIVISION OF PURITY SUPREME SUPERMARKETS.  C. A. 1st Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Transportation Management Corp., ante*, p. 393.

No. 82–1054.  INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, LOCAL NO. 988 *v.* EDWARDS ET AL.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *DelCostello* v. *Teamsters, ante*, p. 151.

No. 82–1105.  NATIONAL LABOR RELATIONS BOARD *v.* BLACKSTONE CO., INC.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Transportation Management Corp., ante*, p. 393.

No. 82–1481.  ASTEMBORSKI *v.* SUSMARSKI.  Sup. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pickett* v. *Brown, ante*, p. 1.